## Kim Edward LAUBE, Plaintiff–Appellant,

v.

## FURMINATOR, INC., Defendant–Appellee.

No. 2011–1241.

United States Court of Appeals,
Federal Circuit.

Aug. 14, 2013.

David B. Jinkins, Thompson Coburn LLP, St. Louis, MO, for Defendant–Appellee.

Marc E. Hankin, Hankin Patent Law APC, Los Angeles, CA, for Plaintiff–Appellant.

## ORDER

Having received no objection to this court's July 30, 2013 order,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.